AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



ALIAS SUMMONS IN A CIVIL CASE

EHAB SALEM

V.

LEGAL LIAISON SERVICE AND EQUIFAX INFORMATION SERVICES, LLC

CASE NUMBER: 1:16-cv-03927

ASSIGNED JUDGE: Hon. John J. Tharp, Jr.

DESIGNATED MAGISTRATE JUDGE: Hon. Maria Valdez

TO: (Name and address of Defendant)

Legal Liaison Service
6208 Lincoln Avenue
Morton Grove, IL 60053

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ahmad T. Sulaiman
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

April 6, 2016

DATE


Case: 1:16-cv-03927 Document #: 8 Filed: 04/20/16 Page 2 of 2 PageID #:46

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-03927

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ehab Salem v Legal Liaison Service
was received by me on *(date)* 04/07/2016 .

☐ I personally served the summons on the individual at *(place)* 6208 Lincoln Ave., Morton Grove, IL 60053
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Aaro Chark , who is designated by law to accept service of process on behalf of *(name of organization)* Legal Liaison Service on *(date)* 04/07/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/07/2016

*Server's signature*

Paul Pankiewicz - Process Server
*Printed name and title*

R.O.S. Consulting, Inc.
23900 W. Industrial Dr. South, Suite 3, Plainfield, IL 60585
117-001339
*Server's address*

Additional information regarding attempted service, etc: