UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EHAB SALEM,

    Plaintiff,

v.                                         CIVIL ACTION: 1:16-cv-03927

LEGAL LIAISON SERVICE AND EQUIFAX
INFORMATION SERVICES, LLC,

    Defendants.

## **EQUIFAX INFORMATION SERVICES LLC'S STATUS REPORT**

Defendant Equifax Information Services LLC ("Equifax"), by counsel, files its Status Report as follows:

No settlement has been reached at this time. Equifax made an offer of judgment following the settlement conference.

Dated: May 2, 2019                               Respectfully submitted,

                                                          */s/ J. Anthony Love*
                                                          J. Anthony Love
                                                          N. Charles Campbell
                                                          KING & SPALDING LLP
                                                          1180 Peachtree Street, N.E.
                                                          Atlanta, Georgia 30309
                                                          Tel: (404) 572-4600
                                                          Fax: (404) 572-5100
                                                          Email: tlove@kslaw.com
                                                          Email: ccampbell@kslaw.com

                                                          Mary Kathryn Curry
                                                          Rodney Lewis
                                                          POLSINELLI, P.C.
                                                          161 N. Clark Street, Suite 4200
                                                          Chicago, Illinois 60601
                                                          Tel: (312) 873-3617
                                                          Fax: (312) 893-2033
                                                          ***Attorneys for Defendant Equifax Information Services LLC***