# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ehab Salem

                    Plaintiff,

v.                                                 Case No.: 1:16–cv–03927
                                                        Honorable John J. Tharp Jr.

Legal Liaison Service, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 1, 2019:

       MINUTE entry before the Honorable John J. Tharp, Jr:Status and motion hearing held. Defendant Legal Liaison Service did not appear. Plaintiff's motion for default judgment [86] against Legal Liaison Service is granted. Enter Order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.