IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EHAB SALEM,<br><br>　　Plaintiff,<br><br>v.<br><br>LEGAL LIAISON SERVICE, et al.,<br><br>　　Defendants. | No. 16-cv-3927<br><br>Judge John J. Tharp, Jr. |

## DEFAULT JUDGMENT ORDER

Judgment is hereby entered in favor of Plaintiff Ehab Salem and against Defendant Legal Liaison Service in the amount of $32,000.00 for violations of 15 U.S.C. § 1681s-2.

Dated: August 8, 2019

_____
John J. Tharp, Jr.
United States District Judge